**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia**
**<u>Alexandria Division</u>**

**In re:**

**Richard Patton Deeds, Jr.,**                                          **Case No. 22-11256-KHK**

 **Debtor.**                                                                          **Chapter 11**

**<u>Order of Dismissal</u>**

The motion to dismiss or convert this case to chapter 7, docket no. 26, filed by the Acting

United States Trustee for Region 4 came before the Court, for hearing, on December 13, 2022.

Now, for reasons stated from the bench for the record, the Court finds there is cause to dismiss

this case.

The Court cannot find and specifically identify any unusual circumstances establishing that

converting or dismissing this case is not in the best interests of the creditors and the estate.

Now, it is hereby ordered:

1.  This case is dismissed pursuant to 11 U.S.C. § 1112(b)(4).

2.  The Clerk shall serve a copy of this order on the parties listed below.

Dec 14 2022                                        /s/ Klinette H Kindred
                                                              _____
                                                              KLINETTE H. KINDRED
                                                              Bankruptcy Judge

John P. Fitzgerald, III              Entered on Docket:Dec 14 2022
Acting United States Trustee
For Region 4

/s/  Jack Frankel
Jack Frankel, Attorney
1725 Duke Street, Suite 650
Alexandria, VA 22314
(703) 608-5833

Seen and Objected:

Daniel M. Press (by permission, no original)
Daniel M. Press
Chung & Press, P.C.
*Attorney for Debtor*
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Email: dpress@chung-press.com

Seen:

Catherine S. Mullins (by permission, no original)
Catherine S. Mullins
Assistant Attorney General
Division of Child Support Enforcement
202 North 9th Street, 4th Floor
Richmond, Virginia 23219
(804) 663-7056
Email: Catherine.Mullins@dss.virginia.gov

### Certificate of Service

   I hereby certify that on the 13th day of December I e-mailed a copy of this proposed order to the e-mail addresses of the attorneys listed.

/s/ Jack Frankel